**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 26-1247**

─────────────

In re: MACKIE JAMES WALKER, JR., a/k/a Mackie J. Walker, Jr.,

      Petitioner.

─────────────

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Aiken.  (1:16-cr-00001-MGL-1)

─────────────

Submitted:  April 1, 2026                                    Decided:  April 14, 2026

─────────────

Before KING and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Mackie James Walker, Jr., Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mackie James Walker, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motions to vacate. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied relief on Walker's § 2255 motions on March 31, 2026. Accordingly, because the district court has recently denied relief on Walker's motions, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2